## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TYRONE FICHTEL &** | ) | |
| **PAMELA FICHTEL, h/w** | ) | |
| | ) | **Case Number 1:12-cv-09834** |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **VAN RU CREDIT** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Tyrone Fichtel & Pamela Fichtel, h/w,

pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses

the action captioned above with prejudice. Each party is responsible for their own attorney's

fees and costs.

BY:  /s/  *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060